**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Case No. 18-cv-03295-RM-KMT

M. JAMES NASUTI,

    Plaintiff,

v.

WHOLE FOODS MARKET a/k/a WFM-WO, INC.,

    Defendant.

---

## ORDER
---

This matter is before the Court on "Plaintiff's Appeal of Magistrate Judge Tafoya's Recommended Ruling Denying the Motion to Remand" (ECF No. 15) and Motion to Remand (which is actually an amended appeal) (ECF No. 21). Defendant has filed a Response, to which Plaintiff has filed a Reply. (ECF Nos. 30, 31.)

Briefly, Plaintiff moved to remand this case based on abstention and an argument that all defendants who have appeared in the El Paso County state court action did not consent to removal. The Magistrate Judge, correctly so, denied Plaintiff's motion as the abstention doctrine is not a valid basis on which to remand a case; and there is only one defendant named in this action, and it removed this case to this court. Plaintiff now appeals.

In his appeal (ECF No. 15), Plaintiff argues there is more than one defendant as "Whole Foods Market Rocky Mountain/Southwest, L.P." ("Rocky Mountain") allegedly intervened and entered the state court action as a defendant. As this alleged defendant did not consent to removal, Plaintiff argues removal may not be had. *See* 28 U.S.C. § 1446(b)(2)(A) ("[A]ll

defendants who have been properly joined and served must join in or consent to the removal of the action."). The Court finds the record fails to support Plaintiff's contention; Rocky Mountain was not a party to the state court action, through intervention or otherwise.

Plaintiff's amended appeal (ECF No. 21) fares no better. Here, Plaintiff argues Defendant fails to establish its principal place of business is outside of Colorado, and that its removal was not signed by an attorney of record. As to his first contention, the Court finds Defendant has sufficiently shown diversity jurisdiction exists. And, as for his second contention, that was raised by Plaintiff in his other action – 19-cv-00059 – and rejected. It is rejected here again for the same reason.

Plaintiff appears pro se but represents he is an attorney in good standing. As such, he is well aware of his obligations under Rule 11 of the Federal Rules of Civil Procedure. Plaintiff is warned that filings which fail to pass muster under these rule may be summarily denied without discussion.

In summary, reviewed under any standard, Plaintiff's appeal/motion fails. Based on the foregoing, it is ORDERED that "Plaintiff's Appeal of Magistrate Judge Tafoya's Recommended Ruling Denying the Motion to Remand" (ECF No. 15) and Motion to Remand (ECF No. 21) are OVERRULED and DENIED.

DATED this 18th day of March, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge